# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| LESLIE LEE MEADOWS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 5:16-cv-00068-RJC-DSC<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

**UPON MOTION** of the Acting Commissioner of Social Security for a second thirty day extension of time within which to file a motion for summary judgment and supporting memorandum, for good cause shown, and it appearing that Plaintiff consents to the extension,

**IT IS HEREBY ORDERED** that the Acting Commissioner shall have up to and including February 4, 2017, to file her motion for summary judgment and supporting memorandum.

<u>The parties are cautioned that this deadline will not be extended again absent extraordinary circumstances. Counsel's caseload will not constitute an extraordinary circumstance</u>.

**SO ORDERED.**

Signed: January 5, 2017

David S. Cayer
United States Magistrate Judge